## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: |
| EDWIN OCASIO | : | VIOLATION:<br>18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)<br>Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about February 28, 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**EDWIN OCASIO,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock, model 27, .40 caliber semi-automatic pistol, bearing serial number XRF202, loaded with eight live rounds of ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(g)(1) set forth in this indictment, defendant

**EDWIN OCASIO**

shall forfeit to the United States of America the firearm and ammunition involved in the commission of such violation, including:

1. a Glock, model 27, .40 caliber semi-automatic pistol, bearing serial number XRF202; and

2. eight live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

_____
**WILLIAM M. McSWAIN**
**United States Attorney**

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

EDWIN OCASIO

## INDICTMENT

Counts

18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)
Notice of forfeiture

A true bill.

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20____

_____
Clerk

Bail, $_____